**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00477-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PEDRO FERNANDEZ-BARETA,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      This matter is before the Court *sua sponte*. The Change of Plea in this matter, currently set for January 15, 2010 at 9:00 a.m. is RESET to January 15, 2010 **at 10:00 a.m.**

      DATED:  January 14, 2010